```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 07 B 07165
   DEBORAH DORTCH
                                               CHAPTER 13

                                               JUDGE: JACQUELINE P COX

            Debtor
    SSN XXX-XX-3925


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 04/20/2007 and was not confirmed.

     The case was dismissed without confirmation 07/30/2007.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                             PAID         PAID
------------------------------------------------------------------------------
DRIVE FINANCIAL SERVICES  SECURED VEHIC     10675.00          .00        1022.29
ASSET ACCEPTANCE LLC      UNSECURED           510.32          .00             .00
DRIVE FINANCIAL SERVICES  UNSECURED         NOT FILED         .00             .00
INTERNAL REVENUE SERVICE  PRIORITY          58824.57          .00             .00
JEFFERSON CAPITAL SYSTEM  UNSECURED           1286.24         .00             .00
ATLANTIC MGMT INVESTMENT  UNSECURED         NOT FILED         .00             .00
CAPITAL ONE               UNSECURED         NOT FILED         .00             .00
COTTONWOOD FINANCIAL      UNSECURED         NOT FILED         .00             .00
CRED PROTECTION ASSOCIAT  UNSECURED         NOT FILED         .00             .00
CRED PROTECTION ASSOCIAT  UNSECURED         NOT FILED         .00             .00
CREDIT ACCEPTANCE CORP    UNSECURED         14597.93          .00             .00
CREDIT MANAGEMENT INC     UNSECURED         NOT FILED         .00             .00
CREDITORS COLLECTION BUR  UNSECURED         NOT FILED         .00             .00
ERIN CAPITAL MANAGEMENT   UNSECURED         NOT FILED         .00             .00
PREMIER BANCARD CHARTER   UNSECURED            283.95         .00             .00
IMAGINE/FBOFD             UNSECURED         NOT FILED         .00             .00
LASALLE BANK              UNSECURED         NOT FILED         .00             .00
ROUNDUP FUNDING LLC       UNSECURED            368.78         .00             .00
MEDICAL PAYMENT DATA      UNSECURED         NOT FILED         .00             .00
MEDICAL PAYMENT DATA      UNSECURED         NOT FILED         .00             .00
MEDICAL PAYMENT DATA      UNSECURED         NOT FILED         .00             .00
MUTUAL HOSPITAL SERVICES  UNSECURED         NOT FILED         .00             .00
SPRINT PCS                UNSECURED         NOT FILED         .00             .00
INTERNAL REVENUE SERVICE  UNSECURED          30318.86         .00             .00
INTERNAL REVENUE SERVICE  SECURED NOT I      7089.85          .00             .00
LEGAL REMEDIES CHARTERED  DEBTOR ATTY           .00                           .00
TOM VAUGHN                TRUSTEE                                           75.77
DEBTOR REFUND             REFUND                                           308.94

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                      RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE               1,407.00


               PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 07165 DEBORAH DORTCH
```

```
PRIORITY                                                            .00
SECURED                                                        1,022.29
UNSECURED                                                           .00
ADMINISTRATIVE                                                      .00
TRUSTEE COMPENSATION                                              75.77
DEBTOR REFUND                                                    308.94
                                        ---------------   ---------------
TOTALS                                         1,407.00          1,407.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                   /s/ Tom Vaughn
Dated: 10/18/07                    _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```